

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 29, 2023.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50726-MMP-13 |
| | § | |
| TONY J. WILSON, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| MIDFIRST BANK, | § | |
|    Movant | § | HEARING DATE: 08/28/2023 |
| | § | |
| v. | § | TIME: 10:00 AM |
| | § | |
| TONY J. WILSON; MARY K | § | |
| VIEGELAHN, Trustee | § | |
|    Respondents | § | JUDGE Michael M. Parker |

**AGREED ORDER LIFTING STAY AS TO DEBTOR**

On this day came on before the Court the Motion of MIDFIRST BANK, Movant, for Relief from the Automatic Stay. The Court is advised that the Parties agree to the lifting of the stay and the Motion should be granted. Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED.

SITUATE ON THE SOUTHWEST SIDE OF SANGER STREET AT THE DISTANCE OF 218 FEET, 4 INCHES SOUTHEAST FROM THE SOUTHEAST SIDE OF TORRESDALE AVENUE THE 41ST WARD OF THE CITY OF PHILADELPHIA.

CONTAINING IN FRONT OR BREADTH ON SAID SANGER STREET 14 FEET, 4 INCHES AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH SOUTHWESTWARD BETWEEN PARALLEL LINES AT RIGHT ANGLES TO THE SAID SANGER STREET 70 FEET TO THE MIDDLE OF A CERTAIN 15 FEET WIDE DRIVEWAY LEADING SOUTHEAST INTO TULIP STREET AND NORTHWEST INTO ANTHER 15 FEET WIDE DRIVEWAY LEADING NORTHEAST AND SOUTHWEST FROM SHALLCROSS STREET TO SANGER STREET.

TOGETHER WITH THE FREE AND COMMON USE, RIGHT, LIBERTY AND PRIVELEGE OF THE AFORESAID DRIVEWAY AS AND FOR DRIVEWAYS AND WATERCOURSES AT ALL TIMES HEREAFTER, FOREVER, IN COMMON WITH THE OTHER OWNERS, OCCUPIERS AND TENANTS OF THE LOTS OF GROUND BONDING ON THE SAME.

BEING NO. 2130 SANGER STREET.

BEING THE SAME PREMISES WHICH ELSIE K. HOUSE BY DEED DATED 2/5/1999 AND RECORDED 2/10/1999 IN PHILADELPHIA COUNTY IN DEED BOOK JTD 938 PAGE 1 CONVEYED UNTO THERESA WILSON, HER HEIRS AND ASSIGNS, IN FEE.

AND THE SAID THERESA WILSON HAS SINCE MARRIED AND IS NOW KNOWN AS THERESA WILSON LAMMONS.

It is further

ORDERED to the extent the Property is foreclosed on and sold, any excess proceeds from the sale that would otherwise be payable to the debtor shall be turned over to the Trustee with a reservation of the issue as to whether the Debtor is entitled to such funds.

It is further

ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure is hereby waived and MIDFIRST BANK may immediately enforce and implement this Order Lifting Stay.

### # # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

| | |
|---|---|
| BY: /s/ JOHN R. CALLISON | /s/ David C. Werner |
| JOHN R. CALLISON | DAVID C WERNER |
| TX NO. 24076295 | 12042 BLANCO ROAD |
| 4004 BELT LINE RD. SUITE 100 | STE #308 |
| ADDISON, TX 75001 | SAN ANTONIO, TX 78216 |
| Telephone: (972) 386-5040 | |
| Facsimile: (972) 661-7725 | ATTORNEY FOR DEBTOR |
| E-mail: WDECF@BDFGROUP.COM | |
| ATTORNEY FOR MOVANT | |

_____
DAVID VANZYL
STAFF ATTORNEY FOR
MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE
10500 HERITAGE BLVD, Suite 201
SAN ANTONIO, TX 78216