**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 29, 2023.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50726-MMP-13 |
| | § | |
| TONY J. WILSON, | § | |
| Debtor | § | CHAPTER 13 |
| | § | |
| MIDFIRST BANK, | § | |
| Movant | § | HEARING DATE: 08/28/2023 |
| | § | |
| v. | § | TIME: 10:00 AM |
| | § | |
| THERESA WILSON LAMMONS, | § | |
| Co-Debtor; and MARY K | § | |
| VIEGELAHN, Trustee | § | |
| Respondents | § | JUDGE Michael M. Parker |

**AGREED ORDER LIFTING CO-DEBTOR STAY**

Came on for consideration the Motion For Relief from the Co-Debtor Stay filed by MIDFIRST BANK, (hereinafter "MOVANT"), a secured creditor in the above entitled and numbered case. The Court is advised that the Parties agree to lifting of the co-debtor stay and the Motion should be granted. Therefore, it is

ORDERED that the stay of 11 U.S.C. §1301 is lifted for the purpose of allowing Movant to exercise its rights with respect to the following described property:

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED.

SITUATE ON THE SOUTHWEST SIDE OF SANGER STREET AT THE DISTANCE OF 218 FEET, 4 INCHES SOUTHEAST FROM THE SOUTHEAST SIDE OF TORRESDALE AVENUE THE 41ST WARD OF THE CITY OF PHILADELPHIA.

CONTAINING IN FRONT OR BREADTH ON SAID SANGER STREET 14 FEET, 4 INCHES AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH SOUTHWESTWARD BETWEEN PARALLEL LINES AT RIGHT ANGLES TO THE SAID SANGER STREET 70 FEET TO THE MIDDLE OF A CERTAIN 15 FEET WIDE DRIVEWAY LEADING SOUTHEAST INTO TULIP STREET AND NORTHWEST INTO ANTHER 15 FEET WIDE DRIVEWAY LEADING NORTHEAST AND SOUTHWEST FROM SHALLCROSS STREET TO SANGER STREET.

TOGETHER WITH THE FREE AND COMMON USE, RIGHT, LIBERTY AND PRIVELEGE OF THE AFORESAID DRIVEWAY AS AND FOR DRIVEWAYS AND WATERCOURSES AT ALL TIMES HEREAFTER, FOREVER, IN COMMON WITH THE OTHER OWNERS, OCCUPIERS AND TENANTS OF THE LOTS OF GROUND BONDING ON THE SAME.

BEING NO. 2130 SANGER STREET.

BEING THE SAME PREMISES WHICH ELSIE K. HOUSE BY DEED DATED 2/5/1999 AND RECORDED 2/10/1999 IN PHILADELPHIA COUNTY IN DEED BOOK JTD 938 PAGE 1 CONVEYED UNTO THERESA WILSON, HER HEIRS AND ASSIGNS, IN FEE.

AND THE SAID THERESA WILSON HAS SINCE MARRIED AND IS NOW KNOWN AS THERESA WILSON LAMMONS.

# # # END OF ORDER # # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/S/ JOHN R. CALLISON
---
JOHN R. CALLISON
TX NO. 24076295
4004 BELT LINE RD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail: WDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

*(signature)*
---
DAVID VANZYL
STAFF ATTORNEY FOR
MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE
10500 HERITAGE BLVD, Suite 201
SAN ANTONIO, TX 78216